Betty JONG, Petitioner,

v.

**UNITED STATES POSTAL SERVICE,**
Respondent.

No. 05–3033.

United States Court of Appeals,
Federal Circuit.

Jan. 24, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**GRAY PERSONNEL, INC.,**
Plaintiff–Apellant,

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5112.

United States Court of Appeals,
Federal Circuit.

Jan. 24, 2005.

Before NEWMAN, LOURIE, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36